**Fill in this information to identify the case:**

Debtor name ___J.C.C.M. Properties, Inc._____

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ____25-55412_____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025<br>MM / DD / YYYY  to  Filing date | ☑ Operating a business<br>☐ Other | $ 313,034.03 |
| **For prior year:** | From 01/01/2024<br>MM / DD / YYYY  to  12/31/2024<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 520,145.48 |
| **For the year before that:** | From 01/01/2023<br>MM / DD / YYYY  to  12/31/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 340,138.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY  to  Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY  to  _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY  to  _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor    J.C.C.M. Properties, Inc.
_____
Name

Case number (*if known*) 25-55412
_____

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name | | $ 1,137,955.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See SOFA 4 ATTACHMENT<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ 1,705,431.07 | |
| 4.2. | _____<br>Insider's name<br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $ _____ | |

---

Debtor      J.C.C.M. Properties, Inc.
            _____        Case number (*if known*) 25-55412
            Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ <br> Creditor's name | | _____ | $_____ |
| 5.2. | _____ <br> Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Gail McLelland and Jennifer Alsup v. J.C.C.M. Properties, Inc. | | State Court of Gwinnett County | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 23-C-01529-S2 | | 75 Langley Drive <br> Lawrenceville, GA 30046 | |
| 7.2. | **Case title** <br> _____ | | **Court or agency's name and address** | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> _____ | | | |

---

| Debtor | J.C.C.M. Properties, Inc. | Case number (*if known*) | 25-55412 |
|---|---|---|---|
| | Name | | |

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| Flooding at 46 Columbia, Tampa, FL due to hurricane | 175,000.00 | 10/2024 | $0.00 |

---

Debtor ___J.C.C.M. Properties, Inc._____  Case number *(if known)* __25-55412__
      Name

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   Rountree Leitman Klein Geer | Security retainer | 04/2025 | $ 12,500.00 |
| **Address** <br> 2987 Clairmont Road, Ste. 350 <br> Atlanta, GA 30329 | | | |
| **Email or website address** <br> emiller@rlkglaw.com | | | |
| **Who made the payment, if not debtor?** <br> _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.   Rountree Leitman Klein & Geer, LLC | Security Retainer | 05/2025 | $ 75,000.00 |
| **Address** <br> 2987 Clairmont Road, Suite 350 <br> Atlanta, GA 30329 | | | |
| **Email or website address** <br> rlkglaw.com | | | |
| **Who made the payment, if not debtor?** <br> _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** <br> _____ | | | |

---

Debtor    J.C.C.M. Properties, Inc.                                                     Case number *(if known)* 25-55412
_____                                    _____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor    J.C.C.M. Properties, Inc.
_____    Case number (if known) 25-55412
Name                                                                          _____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    J.C.C.M. Properties, Inc.
_____    Case number (if known) 25-55412
          Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

---

Debtor J.C.C.M. Properties, Inc.
_____
Name

Case number (*if known*) 25-55412
_____

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Beer Barrio<br>_____<br>Name | | Security Deposit for Leon International 2, LLC property | $ 4,200.00 |

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| Debtor | J.C.C.M. Properties, Inc. | Case number (*if known*) 25-55412 |
|--------|---------------------------|-----------------------------------|
|        | Name                      |                                   |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-----------------------------------|-----------------------------|----------------|
| Name | Name | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|-------------------------------------------------------------------|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|------|---------------------------|-------------------------------------|--------------------------------------------------------------------------------|
| 25.1. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |
| 25.2. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |
| 25.3. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |

---

Debtor    J.C.C.M. Properties, Inc.
_____    Case number *(if known)* 25-55412
Name    _____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Peters, Thompson & Christian, PA<br>Name<br>328 New Bridge Street, Jacksonville, NC 28540 | From 05/14/2023<br>To 05/14/2025 |
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Peters, Thompson & Christian, PA<br>Name<br>328 New Bridge Street, Jacksonville, NC 28540 | From 05/14/2023<br>To 05/14/2025 |
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Marianne Psilos<br>Name | |

Debtor      J.C.C.M. Properties, Inc.
            _____      Case number (*if known*) 25-55412
            Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  _____
        Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.  _____
        Name

| Name and address |
|---|

26d.2.  _____
        Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
       Name

Debtor   J.C.C.M. Properties, Inc._____   Case number (if known) 25-55412_____
        Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $ _____ |
| **Name and address of the person who has possession of inventory records** | | | |
| 27.2. _____ | | | |
| Name | | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John A. Psilos | 6009 Wellesley Place, Wilmington, NC 28409 | President/Director/Shareholder | 20 |
| Cathy Psilos | 6009 Wellesley Place, Wilmington, NC 28409 | Vice President/Director/Shareholder | 20 |
| Constantine Psilos | 904 Cicada Court, Wilmington, NC 28405 | Secretary/Director/Shareholder | 15 |
| Marianne Psilos | 106 Crojack Lane, Wilmington, NC 28409 | Treasurer/Director/Shareholder | 15 |
| John P. Psilos | 6832 Main Street Unit 236 Bldg B, Wilmington, NC 28405 | Shareholder | 15 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. SEE SOFA 30 ATTACHMENT | 226,105.04 | _____ | |
| Name | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

| Debtor | J.C.C.M. Properties, Inc. | Case number *(if known)* 25-55412 |
|---|---|---|
| | Name | |

| Name and address of recipient | | _____  _____ |
|---|---|---|
| 30.2 | _____ | _____ |
| | Name | _____ |
| | | _____ |
| | Relationship to debtor | _____ |
| | _____ | |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/10/2025
             MM  / DD  / YYYY

✘ /s/ Constantine Michael Psilos                          Printed name  Constantine Michael Psilos

Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Vice President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name    J.C.C.M. Properties, Inc.                                      Case number *(if known)*    25-55412

## Continuation Sheet for Official Form 207

**21) Property held for another**

Gordon Horrigan

,

Security Deposit for Mayfair Property (Owned by Constantine Psilos and Marianne Psilos)

Value: $1,950.00

---

Jordan Spencer

,

Security Deposit for Leon International 2, LLC property

Value: $2,050.00

---

Rob Powers

,

Security Deposit for Leon International 2, LLC property

Value: $2,000.00

---

UFI-Jacksonville LLC dba Crunch Fitness

,

Security deposit for lease of 1650 Gum Branch Road, Unit 101, Jacksonville, NC 28540

Value: $35,000.00

---


**28) Additional people in control of the debtor at the time of the filing of this case**

Kelley E. Psilos                3601 W. Sevilla Street,    15
                                Tampa, FL 33629

**JCCM PROPERTIES, INC.**
**CH. 11 CASE NO. 25-55412**
**SOFA PART 2, QUESTION 3 ATTACHMENT - 90-DAY PAYMENTS**

| Account | Post Date | Check | Payee | Description | | Debit |
|---|---|---|---|---|---|---|
| PNC 4179 | 4/25/2025 | | American Express | Credit Card | $ | 15,970.64 |
| PNC 4179 | 5/1/2025 | | American Express | Credit Card | $ | 11,461.20 |
| PNC 4179 | 5/2/2025 | | American Express | Credit Card | $ | 142.51 |
| PNC 4179 | 3/28/2025 | | American Express | Credit Card | $ | 12,552.66 |
| | | | | | **$** | **40,127.01** |
| | | | | | | |
| First Bank 2313 | 5/1/2025 | | BL Gran Construction | | $ | 16,500.00 |
| | | | | | **$** | **16,500.00** |
| | | | | | | |
| PNC 4179 | 5/2/2025 | | Capital One | | $ | 15,402.99 |
| | | | Capital One | | $ | 12,000.00 |
| | | | | | **$** | **27,402.99** |
| | | | | | | |
| First Bank 2313 | 5/1/2025 | | Colonial Material | | $ | 10,221.28 |
| | | | | | **$** | **10,221.28** |
| | | | | | | |
| First Bank 2313 | 4/28/2025 | 1103 | Constantine Psilos | Development Fee | $ | 10,000.00 |
| | | | | | **$** | **10,000.00** |
| | | | | | | |
| First Bank 2313 | 2/5/2025 | 106 | Delphi Construction | Crunch Allowance Final | $ | 779,786.00 |
| First Bank 2313 | 2/6/2025 | 107 | Delphi Construction | Storefront 1650 Gum | $ | 24,500.00 |
| First Bank 2313 | 5/1/2025 | | Delphi Construction | | $ | 10,755.07 |
| | | | | | **$** | **815,041.07** |
| | | | | | | |
| First Bank 2313 | 3/26/2025 | 716 | E&J Electric | Deposit for 1650 | $ | 20,000.00 |
| | | | | | **$** | **20,000.00** |

**JCCM PROPERTIES, INC.**
**CH. 11 CASE NO. 25-55412**
**SOFA PART 2, QUESTION 3 ATTACHMENT - 90-DAY PAYMENTS**

| Account | Post Date | Check | Payee | Description | | Debit |
|---|---|---|---|---|---|---|
| PNC 4179 | 3/24/2025 | | First Bank | | $ | 5,661.76 |
| PNC 4179 | 3/17/2025 | | First Bank | | $ | 23,681.92 |
| PNC 4179 | 4/15/2025 | | First Bank | | $ | 23,681.92 |
| | | | | | $ | **53,025.60** |
| | | | | | | |
| WF 6450 | 4/22/2025 | | Green Street Builders | Retainer for Tampa Repairs | $ | 100,000.00 |
| | | | | | $ | **100,000.00** |
| | | | | | | |
| First Bank 2313 | 4/14/2025 | 714 | K&L Signs | 1650 Gum Deposit | $ | 20,000.00 |
| | | | | | $ | **20,000.00** |
| | | | | | | |
| First Bank 2313 | 3/26/2025 | 713 | Sellers Tile Company Inc. | Final pyt 32510 | $ | 25,638.00 |
| | | | | | $ | **25,638.00** |
| | | | | | | |
| PNC 4179 | 5/1/2025 | | Ward and Smith | | $ | 20,000.00 |
| | | | | | $ | **20,000.00** |
| | | | | | | |
| | | | | Total | $ | **1,157,955.95** |

**J.C.C.M. PROPERTIES, INC.**
**CH. 11 CASE NO. 25-55412**
**SOFA 4 ATTACHMENT**

| Account | Payment Date | Payment Amount | Payee | Check No. | Description |
|---|---|---|---|---|---|
| PNC 4179 | 5/6/2025 | $ 218.45 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 7/29/2024 | $ 2,500.00 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 9/6/2024 | $ 2,500.00 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 7/1/2024 | $ 5,000.00 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 4/25/2025 | $ 15,970.64 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 2/25/2025 | $ 10,000.00 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 8/16/2024 | $ 12,000.00 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 6/10/2024 | $ 10,000.00 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 12/31/2024 | $ 14,703.75 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 5/1/2025 | $ 11,461.20 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 5/2/2025 | $ 142.51 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 3/28/2025 | $ 12,552.66 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 11/4/2024 | $ 5,000.00 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 10/9/2024 | $ 12,000.00 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 7/31/2024 | $ 7,500.00 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 11/29/2024 | $ 12,959.30 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 1/27/2025 | $ 10,230.40 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 9/4/2024 | $ 11,000.00 | American Express | | John A. Psilos - Guarantor |
| PNC 4179 | 6/5/2024 | $ 954.56 | Bank of America | | John A. Psilos - Guarantor |
| PNC 4179 | 7/5/2024 | $ 954.56 | Bank of America | | John A. Psilos - Guarantor |
| PNC 4179 | 8/5/2024 | $ 954.56 | Bank of America | | John A. Psilos - Guarantor |
| PNC 4179 | 9/5/2024 | $ 954.56 | Bank of America | | John A. Psilos - Guarantor |
| PNC 4179 | 10/4/2024 | $ 954.56 | Bank of America | | John A. Psilos - Guarantor |
| PNC 4179 | 11/5/2024 | $ 954.56 | Bank of America | | John A. Psilos - Guarantor |
| PNC 4179 | 12/5/2024 | $ 954.56 | Bank of America | | John A. Psilos - Guarantor |
| PNC 4179 | 1/3/2025 | $ 954.56 | Bank of America | | John A. Psilos - Guarantor |
| PNC 4179 | 2/5/2025 | $ 954.56 | Bank of America | | John A. Psilos - Guarantor |
| PNC 4179 | 3/5/2025 | $ 954.56 | Bank of America | | John A. Psilos - Guarantor |
| PNC 4179 | 4/4/2025 | $ 954.56 | Bank of America | | John A. Psilos - Guarantor |
| PNC4179 | 5/22/2024 | $ 5,661.76 | First Bank | CHECK 6389 | John A. Psilos - Guarantor |
| PNC4179 | 6/24/2024 | $ 5,661.76 | First Bank | CHECK 6399 | John A. Psilos - Guarantor |
| PNC4179 | 7/24/2024 | $ 5,661.76 | First Bank | CHECK 6417 | John A. Psilos - Guarantor |
| PNC4179 | 8/26/2024 | $ 5,661.76 | First Bank | CHECK 6428 | John A. Psilos - Guarantor |
| PNC4179 | 9/23/2024 | $ 5,661.76 | First Bank | CHECK 6438 | John A. Psilos - Guarantor |
| PNC4179 | 10/23/2024 | $ 5,661.76 | First Bank | CHECK 6452 | John A. Psilos - Guarantor |
| PNC4179 | 11/25/2024 | $ 5,661.76 | First Bank | CHECK 6467 | John A. Psilos - Guarantor |
| PNC4179 | 12/23/2024 | $ 5,661.76 | First Bank | CHECK 6483 | John A. Psilos - Guarantor |
| PNC4179 | 1/21/2025 | $ 5,661.76 | First Bank | CHECK 6496 | John A. Psilos - Guarantor |

| | | | | | |
|---|---|---|---|---|---|
| PNC4179 | 2/24/2025 | $ | 5,661.76 | First Bank | CHECK 6507 | John A. Psilos - Guarantor |
| PNC4179 | 3/24/2025 | $ | 5,661.76 | First Bank | CHECK 6523 | John A. Psilos - Guarantor |
| PNC4179 | 5/15/2024 | $ | 5,889.32 | First Bank 5072 | | John A. Psilos - Guarantor |
| PNC4179 | 6/17/2024 | $ | 6,085.62 | First Bank 5072 | | John A. Psilos - Guarantor |
| PNC4179 | 7/15/2024 | $ | 5,889.32 | First Bank 5072 | | John A. Psilos - Guarantor |
| PNC4179 | 8/15/2024 | $ | 8,710.63 | First Bank 5072 | | John A. Psilos - Guarantor |
| PNC4179 | 9/16/2024 | $ | 8,991.88 | First Bank 5072 | | John A. Psilos - Guarantor |
| PNC4179 | 10/15/2024 | $ | 23,681.92 | First Bank 5072 | | John A. Psilos - Guarantor |
| PNC4179 | 11/15/2024 | $ | 23,681.92 | First Bank 5072 | | John A. Psilos - Guarantor |
| PNC4179 | 12/16/2024 | $ | 23,681.92 | First Bank 5072 | | John A. Psilos - Guarantor |
| PNC4179 | 1/15/2025 | $ | 23,681.92 | First Bank 5072 | | John A. Psilos - Guarantor |
| PNC4179 | 2/18/2025 | $ | 23,681.92 | First Bank 5072 | | John A. Psilos - Guarantor |
| PNC4179 | 3/17/2025 | $ | 23,681.92 | First Bank 5072 | | John A. Psilos - Guarantor |
| PNC4179 | 4/15/2025 | $ | 23,681.92 | First Bank 5072 | | John A. Psilos - Guarantor |
| | **Total John A. Psilos** | **$** | **429,858.64** | | | |
| | | | | | | |
| PNC 4179 | 5/29/2024 | $ | 2,200.09 | Capital One | | Constantine Psilos Guarantor / Personal Expenses 1600-1800/month |
| PNC 4179 | 7/3/2024 | $ | 3,253.51 | Capital One | | Constantine Psilos Guarantor / Personal Expenses 1600-1800/month |
| PNC 4179 | 8/6/2024 | $ | 13,326.61 | Capital One | | Constantine Psilos Guarantor / Personal Expenses 1600-1800/month |
| PNC 4179 | 10/10/2024 | $ | 14,360.13 | Capital One | | Constantine Psilos Guarantor / Personal Expenses 1600-1800/month |
| PNC 4179 | 12/5/2024 | $ | 7,854.52 | Capital One | | Constantine Psilos Guarantor / Personal Expenses 1600-1800/month |
| PNC 4179 | 2/5/2025 | $ | 7,854.52 | Capital One | | Constantine Psilos Guarantor / Personal Expenses 1600-1800/month |
| PNC 4179 | 4/2/2025 | $ | 12,000.00 | Capital One | | Constantine Psilos Guarantor / Personal Expenses 1600-1800/month |
| PNC 4179 | 5/2/2025 | $ | 15,402.99 | Capital One | | Constantine Psilos Guarantor / Personal Expenses 1600-1800/month |
| PNC 4179 | 5/6/2025 | $ | 1,294.90 | Capital One | | Constantine Psilos Guarantor / Personal Expenses 1600-1800/month |
| | **Total Constantine Psilos** | **$** | **77,547.27** | | | |
| | | | | | | |
| PNC4179 | 11/18/2024 | $ | 4,950.00 | Bluewater Plumbing | CHECK 6479 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 4/15/2025 | $ | 2,660.00 | Cincinnati Insurance | CHECK 6545 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 6/20/2024 | $ | 300.00 | City of Wilmington park | CHECK 6401 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 7/18/2024 | $ | 50.00 | City of Wilmington park | CHECK 6424 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 11/19/2024 | $ | 35.00 | City of Wilmington park | CHECK 6468 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 1/17/2025 | $ | 750.00 | City of Wilmington park | CHECK 6500 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 2/4/2025 | $ | 232.75 | Cool Ducts HVC | CHECK 6506 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 6/11/2024 | $ | 84.54 | Duke Energy | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 7/31/2024 | $ | 41.99 | Duke Energy | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 8/30/2024 | $ | 87.82 | Duke Energy | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 9/23/2024 | $ | 86.30 | Duke Energy | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 10/22/2024 | $ | 43.94 | Duke Energy | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 2/25/2025 | $ | 87.47 | Duke Energy | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 1/31/2025 | $ | 5,589.00 | Insurance Payment | CHECK 6509 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 5/29/2024 | $ | 149.45 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 9/23/2024 | $ | 75.00 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |

| | | | | | |
|---|---|---|---|---|---|
| PNC4179 | 4/24/2025 | $ | 541.00 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 6/11/2024 | $ | 149.45 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 7/11/2024 | $ | 149.45 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 8/9/2024 | $ | 149.45 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 9/11/2024 | $ | 149.45 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 10/11/2024 | $ | 149.45 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 11/8/2024 | $ | 149.45 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 12/11/2024 | $ | 149.45 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 1/10/2025 | $ | 149.45 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 2/11/2025 | $ | 149.45 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 3/11/2025 | $ | 149.45 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 4/11/2025 | $ | 149.45 | Protection One | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 8/21/2024 | $ | 255.00 | Robert Harris-Repairs | CHECK 1999 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 8/21/2024 | $ | 615.00 | Robert Harris-Repairs | CHECK 2000 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 8/21/2024 | $ | 495.00 | Robert Harris-Repairs | CHECK 2001 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 8/22/2024 | $ | 500.00 | Russell Lemaster - Plumbing | CHECK 2002 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 6/5/2024 | $ | 79.99 | Spectrum | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 7/5/2024 | $ | 79.99 | Spectrum | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 8/5/2024 | $ | 79.99 | Spectrum | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 9/5/2024 | $ | 79.99 | Spectrum | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 10/4/2024 | $ | 79.99 | Spectrum | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 11/5/2024 | $ | 79.99 | Spectrum | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 12/5/2024 | $ | 79.99 | Spectrum | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 1/3/2025 | $ | 79.99 | Spectrum | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 2/5/2025 | $ | 79.99 | Spectrum | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 3/5/2025 | $ | 79.99 | Spectrum | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 4/4/2025 | $ | 79.99 | Spectrum | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 5/5/2025 | $ | 79.99 | Spectrum | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 4/10/2025 | $ | 297.00 | Tim Donavan | CHECK 2005 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 4/7/2025 | $ | 1,864.00 | United Mechanical Solutions | CHECK 6539 | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 5/20/2024 | $ | 200.00 | Zelle To Ana Montano | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 5/21/2024 | $ | 200.00 | Zelle To Ana Montano | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 6/7/2024 | $ | 400.00 | Zelle To Ana Montano | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 6/24/2024 | $ | 400.00 | Zelle To Ana Montano | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 6/3/2024 | $ | 340.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 6/11/2024 | $ | 340.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 6/11/2024 | $ | 340.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 6/18/2024 | $ | 300.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 6/18/2024 | $ | 170.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 7/1/2024 | $ | 340.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 7/1/2024 | $ | 170.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 7/3/2024 | $ | 340.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 7/15/2024 | $ | 340.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |

| | | | | | |
|---|---|---|---|---|---|
| PNC4179 | 7/23/2024 | $ | 340.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 8/15/2024 | $ | 340.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 8/15/2024 | $ | 350.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 8/20/2024 | $ | 170.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 9/10/2024 | $ | 170.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 10/15/2024 | $ | 170.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 11/13/2024 | $ | 170.00 | Zelle To Kelin Sanchez | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| PNC4179 | 10/10/2024 | $ | 500.00 | Zelle To  Mirna Perez-Garcia | | Paid on behalf of Leon International 2 LLC - Constantine Psilos/Trust |
| | **Total Leon International 2 LLC** | **$** | **28,484.09** | | | |
| | | | | | | |
| PNC4179 | 6/3/2024 | $ | 375.00 | DOC Lumina Constantine Psilos' office | CHECK 6390 | Paid on behalf of Delphi Construction |
| PNC4179 | 7/2/2024 | $ | 375.00 | DOC Lumina Constantine Psilos' office | CHECK 6403 | Paid on behalf of Delphi Construction |
| PNC4179 | 8/6/2024 | $ | 375.00 | DOC Lumina Constantine Psilos' office | CHECK 6419 | Paid on behalf of Delphi Construction |
| PNC4179 | 9/4/2024 | $ | 375.00 | DOC Lumina Constantine Psilos' office | CHECK 6429 | Paid on behalf of Delphi Construction |
| PNC4179 | 10/2/2024 | $ | 375.00 | DOC Lumina Constantine Psilos' office | CHECK 6444 | Paid on behalf of Delphi Construction |
| PNC4179 | 11/5/2024 | $ | 375.00 | DOC Lumina Constantine Psilos' office | CHECK 6459 | Paid on behalf of Delphi Construction |
| PNC4179 | 12/2/2024 | $ | 375.00 | DOC Lumina Constantine Psilos' office | CHECK 6474 | Paid on behalf of Delphi Construction |
| PNC4179 | 1/3/2025 | $ | 375.00 | DOC Lumina Constantine Psilos' office | CHECK 6484 | Paid on behalf of Delphi Construction |
| PNC4179 | 1/31/2025 | $ | 375.00 | DOC Lumina Constantine Psilos' office | CHECK 6497 | Paid on behalf of Delphi Construction |
| PNC4179 | 3/3/2025 | $ | 375.00 | DOC Lumina Constantine Psilos' office | CHECK 6511 | Paid on behalf of Delphi Construction |
| PNC4179 | 4/2/2025 | $ | 375.00 | DOC Lumina Constantine Psilos' office | CHECK 6530 | Paid on behalf of Delphi Construction |
| PNC4179 | 5/2/2025 | $ | 375.00 | DOC Lumina Constantine Psilos' office | CHECK 6538 | Paid on behalf of Delphi Construction |
| FirstBank2 | 5/1/2025 | $ | 10,755.07 | Purchase of materials | | Delphi Construction |
| FirstBank2 | 2/6/2025 | $ | 24,500.00 | Storefront 1650 Gum | | Delphi Construction |
| FirstBank2 | 2/5/2025 | $ | 779,786.00 | Crunch Allowance Final | | Delphi Construction |
| FirstBank2 | 7/22/2024 | $ | 350,000.00 | Draw #3 | | Delphi Construction |
| | **Total Delphi Construction** | **$** | **1,169,541.07** | | | |
| | | | | | | |
| | **Total SOFA 4 Payments** | **$** | **1,705,431.07** | | | |

**J.C.C.M. PROPERTIES, INC.**
**CH. 11 CASE NO. 25-55412**
**SOFA 30 ATTACHMENT**

| Date | Payment Amount | Payee | Check No. | Purpose |
|------|----------------|-------|-----------|---------|
| 6/10/2024 | $ 3,000.00 | Marianne Psilos | CHECK 6393 | Marianne Salary |
| 7/5/2024 | $ 3,000.00 | Marianne Psilos | CHECK 6407 | Marianne Salary |
| 8/9/2024 | $ 3,000.00 | Marianne Psilos | CHECK 6421 | Marianne Salary |
| 9/6/2024 | $ 3,000.00 | Marianne Psilos | CHECK 6433 | Marianne Salary |
| 10/8/2024 | $ 3,000.00 | Marianne Psilos | CHECK 6447 | Marianne Salary |
| 11/12/2024 | $ 3,000.00 | Marianne Psilos | CHECK 6461 | Marianne Salary |
| 12/13/2024 | $ 3,000.00 | Marianne Psilos | CHECK 6476 | Marianne Salary |
| 1/10/2025 | $ 3,000.00 | Marianne Psilos | CHECK 6491 | Marianne Salary |
| 2/7/2025 | $ 3,000.00 | Marianne Psilos | CHECK 6499 | Marianne Salary |
| 3/7/2025 | $ 3,000.00 | Marianne Psilos | CHECK 6512 | Marianne Salary |
| 4/7/2025 | $ 3,000.00 | Marianne Psilos | CHECK 6531 | Marianne Salary |
| 5/1/2025 | $ 3,000.00 | Marianne Psilos | N/A | Marianne Salary |
| 7/31/2024 | $ 119.59 | Debit Card Purchase Elin  Kardamyla Gr | | Marianne  A. Psilos - Personal Expenses |
| 7/18/2024 | $ 76.36 | Debit Card Purchase Glaros Stylianos Agios Kiryk Gr | | Marianne  A. Psilos - Personal Expenses |
| 2/10/2025 | $ 2,500.00 | PNC tax payment | CHECK 6515 | Marianne  A. Psilos - Personal Expenses |
| 7/30/2024 | $ 1,089.27 | ATM Withdrawal Ano Kardamyla Chio Chios | | Marianne  A. Psilos - Personal Expenses |
| 8/1/2024 | $ 1,087.16 | ATM Withdrawal Ano Kardamyla Chio Chios | | Marianne  A. Psilos - Personal Expenses |
| 7/30/2024 | $ 5.00 | Intl ATM Transaction Fee - Withdrawal | | Marianne  A. Psilos - Personal Expenses |
| 8/1/2024 | $ 5.00 | Intl ATM Transaction Fee - Withdrawal | | Marianne  A. Psilos - Personal Expenses |
| 7/18/2024 | $ 2.29 | Intl Purch | | Marianne  A. Psilos - Personal Expenses |
| 7/31/2024 | $ 3.59 | Intl Purch | | Marianne  A. Psilos - Personal Expenses |
| Various | $ 57,922.72 | Purchases on American Express | | Marianne  A. Psilos - Personal Expenses |
| | **$ 98,810.98** | **Total Marianne A. Psilos Salary/Personal Expenses** | | |
| | | | | |
| 2/13/2025 | $ 261.65 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 4/24/2025 | $ 261.65 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 9/26/2024 | $ 1,119.45 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 5/21/2024 | $ 1,000.00 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 6/4/2024 | $ 419.45 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 6/21/2024 | $ 1,000.00 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 7/3/2024 | $ 419.45 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 7/19/2024 | $ 370.19 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 8/2/2024 | $ 419.45 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 9/4/2024 | $ 419.45 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 10/4/2024 | $ 419.45 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 11/4/2024 | $ 419.45 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 12/4/2024 | $ 419.45 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 1/3/2025 | $ 419.45 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 2/4/2025 | $ 419.45 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 3/4/2025 | $ 419.45 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| 4/4/2025 | $ 419.45 | Online Pmt Assn Dues Cams | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |

| Date | Amount | Description | | | Note |
|------|-------:|-------------|---|---|------|
| 5/2/2025 | $ 419.45 | Online Pmt Assn Dues Cams | | | Mayfair -Constantine/Marianne Psilos - Personal Expenses |
| | **$ 9,046.34** | **Total Mayfair-Constantine/Marianne Psilos - Personal Expenses** | | | |
| | | | | | |
| 4/28/2025 | $ 10,000.00 | Constantine Psilos | | | Constantine Psilos - Development Fee |
| 12/24/2024 | $ 15,000.00 | Constantine Psilos | | | Constantine Psilos - Development Fee |
| 10/25/2024 | $ 15,000.00 | Constantine Psilos | | | Constantine Psilos - 1650 Gum Management Fee |
| 7/1/2024 | $ 5,000.00 | Constantine Psilos | Twh Auto Transfer To | 5327927257 | Constantine Psilos Salary |
| 8/1/2024 | $ 5,000.00 | Constantine Psilos | Twh Auto Transfer To | 5327927257 | Constantine Psilos Salary |
| 8/30/2024 | $ 5,000.00 | Constantine Psilos | Twh Auto Transfer To | 5327927257 | Constantine Psilos Salary |
| 10/1/2024 | $ 5,000.00 | Constantine Psilos | Twh Auto Transfer To | 5327927257 | Constantine Psilos Salary |
| 11/1/2024 | $ 5,000.00 | Constantine Psilos | Twh Auto Transfer To | 5327927257 | Constantine Psilos Salary |
| 11/29/2024 | $ 5,000.00 | Constantine Psilos | Twh Auto Transfer To | 5327927257 | Constantine Psilos Salary |
| 12/31/2024 | $ 5,000.00 | Constantine Psilos | Twh Auto Transfer To | 5327927257 | Constantine Psilos Salary |
| 1/31/2025 | $ 5,000.00 | Constantine Psilos | Twh Auto Transfer To | 5327927257 | Constantine Psilos Salary |
| 2/28/2025 | $ 5,000.00 | Constantine Psilos | Twh Auto Transfer To | 5327927257 | Constantine Psilos Salary |
| 5/1/2025 | $ 5,000.00 | Constantine Psilos | Twh Auto Transfer To | 5327927257 | Constantine Psilos Salary |
| Various | $ 20,400.00 | Capital One | | | Constantine Psilos - Personal Expenses (Expenses are approximate and included in SOFA 4 as payments made on behalf of Constantine Psilos as guarantor on the Capital One |
| | **$ 110,400.00** | **Total Constantine Psilos Salary/Personal Expenses** | | | |
| | | | | | |
| 9/27/2024 | $ 245.00 | Know it all repairs oven install | CHECK 2004 | REF. NO. 019310586 | John A. Psilos-Personal Expenses |
| 6/5/2024 | $ 2,300.00 | David Searls plumber dock repairs | CHECK 1998 | REF. NO. 049744876 | John A. Psilos-Personal Expenses |
| 3/28/2025 | $ 102.72 | Garage Door Specialist 910-8331961 NC | | | John A. Psilos-Personal Expenses |
| 10/29/2024 | $ 5,200.00 | John A. Psilos - Reimbursement for JCCM Insurance | | | John A. Psilos-Expense Reimbursement |
| | **$ 7,847.72** | **Total John A. Psilos Personal Expenses/Expense Reimbursement** | | | |
| | | | | | |
| | **$ 226,105.04** | **Total SOFA 30 Payments** | | | |

**Fill in this information to identify the case:**

Debtor name _J.C.C.M. Properties, Inc._

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): _25-55412_

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo Business Platinum Savings 6450 | Savings | 6  4  5  0 | $ 307,211.25 |
| 3.2. See continuation sheet | | | $ 419,981.67 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**  $ 727,192.92

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $_____
   7.2. _____  $_____

Debtor    J.C.C.M. Properties, Inc.                                    Case number *(if known)* 25-55412
          Name

---

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Retainer payment to Green Street Builders for rebuilding 46 Columbia Drive, Tampa, FL (damaged by hurricane)    $ 100,000.00

8.2. _____    $ _____

**9.  Total of Part 2.**                                                                        $ 100,000.00
     Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | Accounts receivable |
|---|---|

**10.  Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.  Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ...... ➔    $ _____
                            face amount         doubtful or uncollectible accounts

11b. Over 90 days old:       _____ – _____ = ...... ➔    $ _____
                            face amount         doubtful or uncollectible accounts

**12.  Total of Part 3**                                                          $ _____
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |
|---|---|

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

15.1. _____    _____ %    _____    $ _____

15.2. _____    _____ %    _____    $ _____

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

**17.  Total of Part 4**                                                          $ _____
     Add lines 14 through 16. Copy the total to line 83.

---

Debtor    J.C.C.M. Properties, Inc.                                        Case number (if known) 25-55412
          Name

---

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br> _____ | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | | $_____ |

---

Debtor    J.C.C.M. Properties, Inc.
          Name

Case number *(if known)* 25-55412

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------|----------|----------|
| **39. Office furniture**<br>See continuation sheet | $ 0.00 | _____ | $ 2,000.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 2,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  J.C.C.M. Properties, Inc.
      Name
Case number (if known) 25-55412

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2014 GMC Sierra | $_____ | _____ | $ 5,000.00 |
| 47.2 2021 Audi A4 | $ 0.00 | _____ | $ 20,000.00 |
| 47.3 2021 Lexus LX570 | $ 0.00 | _____ | $ 50,000.00 |
| 47.4 See continuation sheet | $ 0.00 | _____ | $ 80,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 2003 Grady White Boat | $_____ | _____ | $ 26,000.00 |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 181,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    J.C.C.M. Properties, Inc.                                                     25-55412
_____ Name                                               Case number (if known)_____

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  327/329 Battleground Rd Greensboro NC | 72.6% | $ 0.00 | | $ 2,100,000.00 |
| 55.2  1650 Gum Branch Road, Jacksonville, NC 28546 | 100% | $ 0.00 | Tax valuation | $ 4,000,000.00 |
| 55.3  See continuation sheet | | $ 0.00 | | $ 4,790,000.00 |

56. **Total of Part 9.**                                                                 $ 10,890,000.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**                                                                 $
Add lines 60 through 65. Copy the total to line 89.

---

Debtor    J.C.C.M. Properties, Inc.
　　　　　Name

Case number (if known) 25-55412

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 11:    All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____     _____ − _____ = ➜   $_____
　　　　　　　　　　　　　　 Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____

_____    Tax year _____   $_____

_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor      J.C.C.M. Properties, Inc.                                          Case number *(if known)*   25-55412
            Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 727,192.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 100,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 181,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 10,890,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............................91a. | $ 1,010,192.92 | 91b. $ 10,890,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................. 11,900,192.92 | | $ 11,900,192.92 |

| Debtor 1 | J.C.C.M. Properties, Inc. | | | 25-55412 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)*_____ |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| PNC Bank 5779 | Money Market | 5779 |
| Balance: 428.95 | | |
| PNC Bank 4179 | Checking | 4179 |
| Balance: 59,347.62 | | |
| First Bank 2313 | Checking | 2313 |
| Balance: 359,907.35 | | |
| Paragon Choice Small Business Checking 0937 | Checking | 0937 |
| Balance: 297.75 | | |

**39) Office furniture**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Furnishings at 2700 Lumina | | | 1,500.00 |
| Furnishings at 46 Columbia Drive | | | 500.00 |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 2018 Ford F150 | 0.00 | | 33,000.00 |
| 2017 Lexus RX 350 | 0.00 | | 15,000.00 |
| 2021 Mercedes Sprinter | 0.00 | | 20,000.00 |
| 2015 Toyota 4 Runner | 0.00 | | 12,000.00 |

**55) Real property**

| General description | Nature and extent of interest | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 358 Chadwick Shores Drive, Sneads Ferry, NC 28460 | | 0.00 | Tax valuation | 30,000.00 |

| Debtor 1 | J.C.C.M. Properties, Inc. | | | 25-55412 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* |

## Continuation Sheet for Official Form 206 A/B

| | | | | |
|---|---|---|---|---|
| 2700 N. Lumina Avenue, Unit 312, Wrightsville Beach, NC 28480 | 100% | 0.00 | Tax valuation | 295,000.00 |
| 104 Bridgewood Drive, Jacksonville, NC 28546 | | 0.00 | Tax valuation | 115,000.00 |
| 1013 Kallie Drive, Jacksonville, NC 28546 | | 0.00 | Tax valuation | 395,000.00 |
| 46 Columbia Drive, Tampa, FL 33606 | 50% | 0.00 | | 700,000.00 |
| 1032 Forum Road, Jacksonville, NC 28546 | 100% | 0.00 | Tax valuation | 900,000.00 |
| 211 Shellbank Drive, Sneads Ferry, NC 28460 | | 0.00 | Tax valuation | 40,000.00 |
| 3 Rockwall Garden Way, Durham, NC 27713 | | 0.00 | Tax valuation | 400,000.00 |
| 106 Bridgewood Drive, Jacksonville, NC 28546 | | 0.00 | Tax valuation | 115,000.00 |
| 1585 Crater Lake Drive, Kennesaw, GA 30152 | 100 | 0.00 | Tax valuation | 1,800,000.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | J.C.C.M. Properties, Inc. |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known): | 25-55412 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1** **Creditor's name**
First Bank

**Describe debtor's property that is subject to a lien**
1650 Gum Branch Road, Jacksonville, NC 28546

$ 3,137,180.00     $ 4,000,000.00

**Creditor's mailing address**
827 New Bridge Street
Jacksonville, NC 28540

**Creditor's email address, if known**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** **Creditor's name**
First Bank

**Describe debtor's property that is subject to a lien**
327/329 Battleground Rd Greensboro NC

$622,000.00     $2,100,000.00

**Creditor's mailing address**
827 New Bridge Street
Jacksonville, NC 28540

**Creditor's email address, if known**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
    $ 5,007,180.00

Debtor   J.C.C.M. Properties, Inc. _____   Case number (if known) 25-55412 _____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Paragon Bank

_____

**Creditor's mailing address**

324 Greenville Avenue

Wilmington, NC 28403

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

1650 Gum Branch Road, Jacksonville, NC 28546, 1013 Kallie Drive, Jacksonville, NC 28546, 1032 Forum Road, Jacksonville, NC 28546

$1,200,000.00     $5,295,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.4** **Creditor's name**
Toyota Motor Credit Corp.

_____

**Creditor's mailing address**

6565 Headquarters Drive

W2-5A, Plano, TX 75024

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Lexus LX570

$48,000.00     $50,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page _2_ of _3_

| Debtor | J.C.C.M. Properties, Inc. | Case number (if known) | 25-55412 |
| | Name | | |

---

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| First Bank<br>c/o Adam Currie, CEO<br>300 SW Broad Street<br>Southern Pines, NC, 28387 | Line 2. 1 | _____ |
| First Bank<br>c/o Adam Currie, CEO<br>300 SW Broad Street<br>Southern Pines, NC, 28387 | Line 2. 2 | _____ |
| Paragon Bank<br>c/o Robert Shaw, CEO<br>5400 Poplar Avenue, Suite 350<br>Memphis, TN, 38119 | Line 2. 3 | _____ |
| Paragon Bank<br>c/o Gina Dicicco<br>6752 Parker Farm Drive, Suite 110<br>Wilmington, NC, 28405 | Line 2. 3 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | J.C.C.M. Properties, Inc. |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (if known) | 25-55412 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor   J.C.C.W. Properties, Inc.                                    Case number (if known)  25-55412
_____
         Name

| **Part 2:** | List All Creditors with **NONPRIORITY** Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Gail McLelland
c/o Andrew S. Ashby, Esq.
445 Franklin Gateway SE
Marietta, GA 30067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Judgment Liens

$ 34,870,346.89

Date or dates debt was incurred    01/06/2025
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Jennifer Alsup
c/o Andrew S. Ashby, Esq.
445 Franklin Gateway SE
Marietta, GA 30067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Judgment Liens

$ 10,000,213.00

Date or dates debt was incurred    01/06/2025
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  _____    Case number _(if known)_ _25-55412_
        SVB CAMP Properties, Inc.
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|------------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|----------------------------|
| 5a.  **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b.  **Total claims from Part 2** | 5b. **+** | $ 44,870,559.89 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 44,870,559.89 |

**Fill in this information to identify the case:**

Debtor name __J.C.C.M. Properties, Inc.__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __25-55412__          Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Exclusive Property Management Agreement Commercial Property \| 327 Battleground Avenue, Greensboro, NC 27401 | Brown Investment Properties, Inc. Peter Placentino, CPM, SVP PO Box 930/440 West Market Street Greensboro, NC, 27402 |
| | State the term remaining | Automatic renewal on December 15, 2025 unless 30-day written notice of | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Unit Rental and Management Agreement; 2700 N. Lumina Avenue, Unit 312, Wrightsville Beach, NC 28480 | Shell Island HOA |
| | State the term remaining | Terminates on 60-days notice by either party | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease between Debtor and JCI Properties, Inc. ("Landlord") and Inside the Rim, Inc. ("Tenant") for 327 Battleground Avenue | Inside the Rim, Inc. |
| | State the term remaining | 10 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Agreement for 327 and 329 Battleground Avenue, Greensboro, NC 27401 Lease; | Pinnacle Environmental Management Support, Inc. 1255 S. Military Trail, Ste. 210 Deerfield Beach, FL, 33442 |
| | State the term remaining | 1 year 8 months | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Exclusive Property Management Agreement for 104 and 106 Bridgewood Drive, Jacksonville, NC 28546 | Fountain Management Inc. 255 Williamsburg Parkway Jacksonville, NC, 28546 |
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | |

Debtor  J.C.C.M. Properties, Inc.
_____
Name

Case number (*if known*) __25-55412_____



Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.6  State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for 1650 Gum Branch Road, Unit 101, Jacksonville, NC 28540 Leases | UFI-Jacksonville LLC dba Crunch Fitness 5858 S. Padre Island Dr. #109 Corpus Christi, TX, 78412 |
| State the term remaining | 13 years | |
| List the contract number o any government contract | | |
| 2.7  State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for 1585 Crater Lake Drive, Kennesaw, GA 30152 by and between Debtor and CCW Development II, LLC (Assigned to | N/A |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.___  State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.___  State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.___  State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.___  State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.___  State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name ___J.C.C.M. Properties, Inc._____

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): __25-55412_____

---

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 J.C.L. Properties, Inc. | 106 Crojack Lane Wilmington, NC 28409 | Paragon Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Marianne Psilos | 106 CROJACK LN Wilmington, NC 28409 | Toyota Motor Credit Corp. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 John A. Psilos | | First Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 John A. Psilos | | First Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor name _____ J.C.C.M. Properties, Inc. _____

United States Bankruptcy Court for the: ___ Northern District of Georgia ___

Case number (If known): ___ 25-55412 _____      (State)

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................... $ 10,890,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................. $ 1,010,192.92

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................. $ 11,900,192.92

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............... $ 5,007,180.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .................... +$ 44,870,559.89

4. **Total liabilities** .......................................................................................... $ 49,877,739.89
   Lines 2 + 3a + 3b

**United States Bankruptcy Court**

IN RE:                                                          Case No. 25-55412
                                                                         _____
J.C.C.M. Properties, Inc.
_____ Chapter 11
                                                                         _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| John A. Psilos<br>6009 Wellesley Place, Wilmington, NC 28409 | 20 | Common stockholder |
| Cathy Psilos<br>6009 Wellesley Place, Wilmington, NC 28409 | 20 | Common stockholder |
| Constantine Psilos<br>904 Cicada Court, Wilmington, NC 28405 | 15 | Common stockholder |
| Marianne Psilos<br>106 Crojack Lane, Wilmington, NC 28409 | 15 | Common stockholder |
| John P. Psilos<br>6832 Main Street Unit 236 Bldg B, Wilmington, NC 28405 | 15 | Common stockholder |
| Kelley E. Psilos<br>3601 W. Sevilla Street, Tampa, FL 33629 | 15 | Common stockholder |

**Fill in this information to identify the case and this filing:**

Debtor Name ___J.C.C.M. Properties, Inc.___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (*If known*): ___25-55412___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/10/2025___          ✖ /s/ Constantine Michael Psilos
                 MM / DD / YYYY          _____
                                         Signature of individual signing on behalf of debtor

                                         Constantine Michael Psilos
                                         _____
                                         Printed name

                                         Vice President
                                         _____
                                         Position or relationship to debtor

# United States Bankruptcy Court

Northern District of Georgia

**In re** J.C.C.M. Properties, Inc.

Case No. 25-55412

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . $ 87,500.00

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 595.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings;

B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court;

C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and

D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client.

Attorney: Standard Hourly Rate:

William A. Rountree $595.00

Will B. Geer $595.00

Michael Bargar $535.00

Hal Leitman $425.00

David S. Klein $495.00

Alexandra Dishun $425.00

Elizabeth Childers $425.00

Ceci Christy $425.00

Caitlyn Powers $375.00

Shawn Eisenberg $300.00

William Matthews $425.00

Paralegals: Standard Hourly Rate:

Dorothy Sideris    $225.00

Elizabeth Miller $290.00

Megan Winokur $175.00

Catherine Smith $150.00

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

None

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/10/2025
_____

*Date*

/s/ Will Geer, 940493
_____

*Signature of Attorney*

Rountree, Leitman, Klein & Geer, LLC
_____

*Name of law firm*

2987 Clairmont Road
Suite 350
Atlanta, GA 30329